IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

DONALD R. WIELD,

    Plaintiff,

 v.                 ORDER
                     07-cv-570-jcs
JOHN BETT,

    Defendants.
_____

 Plaintiff moves to have this Court order that the remainder of his filing fee be paid from his release account. This request will be denied at this time.

ORDER

 IT IS ORDERED that plaintiff's motion for an order to have the remainder of the filing fee paid from his release account is DENIED at this time.

 Entered this 20th day of December, 2007.

            BY THE COURT:

            /s/

            _____
            JOHN C. SHABAZ
            District Judge