IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

DONALD R. WIELD,

                    Plaintiff,

  v.                                        ORDER
                                             07-cv-570-jcs

JOHN BETT,

                    Defendant.

_____

On January 3, 2008 judgment was entered in the above entitled case in favor of the defendants against plaintiff dismissing his complaint and all claims contained therein with prejudice and cost. Plaintiff moves reconsideration. Plaintiff has not offered any argument to undermine this Court's conclusion that his claim must be dismissed. See Newlin v. Helman, 123 F.3d 429, 433 (7th Cir. 1997). Accordingly, plaintiff's motion for reconsideration will be denied.

                                             ORDER

IT IS ORDERED that plaintiff's motion for reconsideration is DENIED.

Entered this 23rd day of January, 2008.

                                             BY THE COURT:

                                             /s/

                                             _____
                                             JOHN C. SHABAZ
                                             District Judge